UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-404-1FL(1)


FILED IN OPEN COURT
ON 12-13-2017
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC
JTA

IN RE:                                  :
                                        :
SEALED DEFENDANT (LN)                   :
FOUR-COUNT GRAND JURY                   :   ORDER TO SEAL INDICTMENT
INDICTMENT OF DECEMBER 13, 2017         :

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on December 13, 2017, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing arrest warrants for the defendants and to provide copies of the Indictment to the United States Attorney and the United States Probation Office.

It is FURTHER ORDERED that the Indictment shall remain sealed until such time as the arrest warrants for the defendants have been executed, or upon further order of this Court.

This, the 13th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE